UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Lynn M. Bunch , ; | **Defendant(s):** National Association of Preferred Providers , ; Triada Assurance Holdings, LLC , ; Salvasen Health Holdings, LLC , ; Salvasen United Association, Inc. , ; Blackhawk Claims Service GA, Inc. , ; National Individual Insurance Agency, LLC , ; Association Health Care Management, Inc. , ; Barry Jay Glenn , ; Harold L. Brock Jr., ; Jacob Brock , ; Landon Jordan , ; Rami Hassan , ; Roy Franklin Anding Jr., ; |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Patrick J. McGroder III (002598) , Attormey**
Beus Gilbert McGroder PLLC
701 N. 44th St.
Phoenix, Arizona  85008
480-429-3104

**Caroline McGroder (030418) ,**
Beus Gilbert McGroder PLLC
701 N. 44th St.
Phoenix, Arizona  85008
480-429-3104

**Alex Morris (035239) ,**
Beus Gilbert McGroder PLLC
701 N. 44th St.
Phoenix, Arizona  85008
480-429-3031

Defendant's Atty(s):

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

<u>II. Basis of Jurisdiction</u>:   3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:-   N/A

Defendant:-   N/A

<u>IV. Origin</u> :   **1. Original Proceeding**

<u>V. Nature of Suit</u>: **470 RICO**

| | |
|---|---|
| VI. Cause of Action: | 18 U.S.C. Sec. 1962(c) & (d); Racketeering, Conspiracy to Conduct the Affairs of a Racketeering Enterprise; State Law Racketeering; Contract Breach; Fiduciary Breach; Aiding and Abetting Breach of Fiduciary Duty; Bad Faith; ERISA; Declaratory Relief; Intentional Infliction of Emotional Distress; Negligent Infliction of Emotional Distress; Punitive Damages |
| VII. Requested in Complaint | |
| Class Action: | No |
| Dollar Demand: | |
| Jury Demand: | Yes |

VIII. This case **is not related** to another case.

**Signature:** /s/ Alex Morris

**Date:** 11/09/2023

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014