AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  2:23-cv-02365-ROS |
| | ) |
| National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Association Health Care Management, Inc.
11111 Richmond Avenue, Suite 200
Houston, Texas 77082

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Patrick J. McGroder III
                                        Caroline McGroder
                                        Alex Morris
                                        Beus Gilbert McGroder PLLC
                                        701 North 44th Street
                                        Phoenix, Arizona 85008

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

ISSUED ON 7:59 am, Nov 22, 2023

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) ) ) ) ) |
| _____ *Plaintiff(s)* | ) |
| v. | )     Civil Action No.  2:23-cv-02365-ROS |
| National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X, *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   Roy Franklin Anding, Jr.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick J. McGroder III
                                         Caroline McGroder
                                         Alex Morris
                                         Beus Gilbert McGroder PLLC
                                         701 North 44th Street
                                         Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
                                  *Signature of*

ISSUED ON 7:59 am, Nov 22, 2023

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  2:23-cv-02365-ROS |
| | ) |
| National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Blackhawk Claims Service GA, Inc.
100 Decker Court, Suite 250
Irving, Texas 75062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick J. McGroder III
Caroline McGroder
Alex Morris
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                         *Signature of*

ISSUED ON 7:59 am, Nov 22, 2023
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.   2:23-cv-02365-ROS |
| | ) |
| National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jacob Brock


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Patrick J. McGroder III
> Caroline McGroder
> Alex Morris
> Beus Gilbert McGroder PLLC
> 701 North 44th Street
> Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
                                                          *Signature of Cl*

ISSUED ON  7:59 am, Nov 22, 2023

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  2:23-cv-02365-ROS |
| | ) |

National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Harold L. Brock, Jr.
aka "Rusty" Brock

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Patrick J. McGroder III
Caroline McGroder
Alex Morris
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk*

**ISSUED ON  7:59 am, Nov 22, 2023**

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.   2:23-cv-02365-ROS |
| | ) |
| National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X, |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Barry Jay Glenn


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick J. McGroder III
  Caroline McGroder
  Alex Morris
  Beus Gilbert McGroder PLLC
  701 North 44th Street
  Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____          _____
                                        *Signature of C...*

ISSUED ON  7:59 am, Nov 22, 2023

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  2:23-cv-02365-ROS |
| | ) |

National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X;

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Landon Jordan

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:     Patrick J. McGroder III
                                Caroline McGroder
                                Alex Morris
                                Beus Gilbert McGroder PLLC
                                701 North 44th Street
                                Phoenix, Arizona 85008

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____

                                       *Signature of*

ISSUED ON 7:59 am, Nov 22, 2023

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:23-cv-02365-ROS |
| | ) |

National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rami Hassan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Patrick J. McGroder III
Caroline McGroder
Alex Morris
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of C*

**ISSUED ON 8:00 am, Nov 22, 2023**

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Lynn M. Bunch, an individual, | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.   2:23-cv-02365-ROS |
| National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X, | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

   National Association of Preferred Providers
   11111 Richmond Avenue, Suite 250
   Houston, Texas 77082

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:        Patrick J. McGroder III
                                Caroline McGroder
                                Alex Morris
                                Beus Gilbert McGroder PLLC
                                701 North 44th Street
                                Phoenix, Arizona 85008

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____          _____
                               _Signature of Clerk_

**ISSUED ON  8:00 am, Nov 22, 2023**
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| Lynn M. Bunch, an individual, | ) ) ) ) ) | |
| _____<br>*Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 2:23-cv-02365-ROS |
| National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Salvasen Health Holdings, LLC
dba: Salvasen Health
3000 Wesleyan Street, Suite 305
Houston, Texas 77027

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
          Patrick J. McGroder III
          Caroline McGroder
          Alex Morris
          Beus Gilbert McGroder PLLC
          701 North 44th Street
          Phoenix, Arizona 85008

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of C____*

**ISSUED ON  8:00 am, Nov 22, 2023**
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Lynn M. Bunch, an individual, | ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  2:23-cv-02365-ROS |

National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
National Individual Insurance Agency, LLC
1900 Matlock Road, Suite 205
Mansfield, Texas 76063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Patrick J. McGroder III
Caroline McGroder
Alex Morris
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of*

ISSUED ON  8:00 am, Nov 22, 2023

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.   2:23-cv-02365-ROS |
| | ) |
| National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X, |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Salvasen United Association,  Inc.
dba: Salvasen Health
10713 West Sam Houston North
Suite 200
Houston, Texas 77064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Patrick J. McGroder III
Caroline McGroder
Alex Morris
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  8:00 am, Nov 22, 2023**

**s/ Debra D. Lucas, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| Lynn M. Bunch, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  2:23-cv-02365-ROS |

National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Triada Assurance Holdings, LLC
3000 Wesleyan Street, Suite 305
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Patrick J. McGroder III
Caroline McGroder
Alex Morris
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

ISSUED ON  8:00 am, Nov 22, 2023

s/ Debra D. Lucas, Clerk