AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Lynn M. Bunch, an individual, )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:23-cv-02365-ROS
)
National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually, and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC
Defendant(s)            Business Entities I-X; Black Corporations I-X,

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Barry Jay Glenn

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick J. McGroder III
Caroline McGroder
Alex Morris
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____           _____
                                Signature of C

ISSUED ON 7:59 am, Nov 22, 2023
s/ Debra D. Lucas, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| LYNN M. BUNCH, an individual § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> NATIONAL ASSOCIATION OF PREFERRED PROVIDERS, a § <br> Texas not-for-profit organization; et al <br> Defendant. § | CIVIL ACTION NO. 2:23-cv-02365-ROS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Don P. Aufill Jr.** who, being by me duly sworn, deposed and said:

"The following came to hand on **Nov 30, 2023, 2:55 pm**,

**SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT,**

and was executed at **11384 LAKE OAKS DRIVE, MONTGOMERY, TX 77356** within the county of **MONTGOMERY** at **12:59 PM on Wed, Dec 06, 2023**, by delivering a true copy to the within named

**BARRY JAY GLENN**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_(signature)_
Don P. Aufill Jr.
Certification Number: PSC# 4889
Certification Expiration: 03/31/2024

BEFORE ME, a Notary Public, on this day personally appeared **Don P. Aufill Jr.**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 12/6/2023

LISA AUFILL
Notary Public, State of Texas
Comm. Expires 01-14-2027
Notary ID 128395896

_(signature)_
Notary Public, State of Texas