**SPENCER FANE LLP**
David E. Funkhouser III, Esq., Bar No. 022449
Jessica A. Gale, Esq., Bar No. 030583
2415 E. Camelback Road, Suite 600
Phoenix, AZ 85016-4251
Telephone: (602) 333-5451
Facsimile: (602) 333-5431
Email:   dfunkhouser@spencerfane.com
         jgale@spencerfane.com

Brian W. Zimmerman *(admitted pro hac vice)*
3040 Post Oak Blvd., #1400
Houston, TX 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859
Email:   bzimmerman@spencerfane.com

*Attorneys for Defendants National Association of Preferred Providers; Blackhawk Claims Service GA Incorporated; National Individual Insurance Agency LLC; Association Health Care Management; Harold L Brock, Jr., individually, and as a managing member of National Individual Insurance Agency, LLC, also known as Rusty Brock; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; Landon Jordan, individually, and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Lynn M. Bunch, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>National Association of Preferred Providers, a Texas not-for-profit organization; Triada Assurance Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen Health Holdings, LLC, a Texas limited liability company dba Salvasen Health; Salvasen United Association, Inc., a Texas corporation, dba Salvasen Health; Blackhawk Claims Service GA, Inc., a | Case No. 2:23-cv-02365-ROS<br><br>**ACCEPTANCE OF SERVICE**<br><br>(Assigned to Honorable Roslyn O. Silver) |

1

|   |   |
|---|---|
| 1  | Georgia corporation; National Individual Insurance Agency, LLC, a Texas limited liability company; Association Health Care Management, Inc., a Texas corporation; Barry Jay Glenn, individually and as an officer and/or governing person of Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC and Salvasen United Association, Inc.; Harold L. Brock, Jr., aka "Rusty" Brock, individually, and as a managing member of National Individual Insurance Agency, LLC; Jacob Brock, individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Blackhawk Claim Services GA, Inc.; Landon Jordan, individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; Rami Hassan, individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and Roy Franklin Anding, Jr., individually, and as an executive and as an officer of Blackhawk Claims Services GA, Inc.; John Does I-X; Jane Does I-X; ABC Business Entities I-X; Black Corporations I-X, |
|   | Defendants. |

I, David E. Funkhouser III, Esq., declare as follows:

1.  I am authorized on behalf of Defendants 1) National Association of Preferred Providers; 2) Blackhawk Claims Service GA Incorporated; 3) National Individual Insurance Agency LLC; 4) Association Health Care Management; 5) Harold L Brock, Jr. individually, and as a managing member of National Individual Insurance Agency, LLC also known as Rusty Brock; 6) Jacob Brock individually, and as a director of Blackhawk Claim Services GA, Inc., and as an officer of Association Health Care Management, Inc.; 7) Landon Jordan individually and as president of Association Health Care Management, Inc., and as owner of National Individual Insurance Agency, LLC; 8) Rami Hassan individually, and as president of National Association of Preferred Providers, and as an officer of Association Health Care Management, Inc.; and 9) Roy Franklin Anding, Jr. individually, and as an

2

HOU 5316957.1

executive and as an officer of Blackhawk Claims Services GA (collectively, "Defendants") and hereby accepts formal service of process under Fed. R. Civ. P. 4(c) on their behalf.

2. I received a copy of the Plaintiff's Complaint and the Summonses issued in this case to the Defendants and have accepted service of those pleadings for the Defendants as of today's date.

DATED this 4th day of January, 2024.

**SPENCER FANE LLP**

*s/ David E. Funkhouser III*
David E. Funkhouser III

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2024, a copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

*s/ Courtney S. Ryan*