# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M Bunch,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>National Association of Preferred Providers, et al.,<br><br>　　　　　Defendants. | No. CV-23-02365-PHX-ROS<br><br>**ORDER** |

An Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 17) has been filed as to specific witnesses, requesting a February 26, 2024, deadline to Answer the Complaint, corresponding to other defendants who waived service. As the Parties agree, and good cause appearing,

**IT IS ORDERED** the Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 17) is **GRANTED**. The date for all defendants to Answer or otherwise respond to the Complaint is **February 26, 2024**.

Dated this 4th day of January, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge