# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bunch,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>National Association of Preferred Providers, et al.,<br><br>　　　　　Defendants. | Case No. CV-23-02365-PHX-ROS<br><br>**ORDER** |

The Parties have filed a Stipulation to Set Aside Defaults and Extend Time to Respond to First Amended Complaint. Good cause appearing,

**IT IS ORDERED** the Stipulation to Set Aside Defaults and Extend Time (Doc. 48) is **GRANTED**. The Clerk of Court shall vacate the entry of default as to Defendant Barry Jay Glenn (Doc. 41), Triada Assurance Holdings LLC (Doc. 42), Salvasen Health Holdings (Doc. 43), Salvasen United Association Incorporated (Doc. 44).

**IT IS FURTHER ORDERED** Defendants Glenn, Triada Assurance Holdings LLC, Salvasen Health Holdings LLC and Salvasen United Association Incorporated shall have through June 7, 2024, to Answer or otherwise respond to the First Amended Complaint.

Dated this 20th day of May, 2024.

_____
Honorable Roslyn O. Silver
Senior United States District Judge