# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M Bunch,<br><br>    Plaintiff,<br><br>v.<br><br>National Association of Preferred Providers, et al.,<br><br>    Defendants. | No. CV-23-02365-PHX-ROS<br><br>**ORDER** |

Plaintiff has filed an Unopposed Motion for Extension to Respond to Defendant Blackhawk Claims Service GA, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (First Request) (Doc. 53). Good cause appearing,

**IT IS ORDERED** the Unopposed Motion for Extension to Respond (Doc. 53) is **GRANTED**. Plaintiff shall have through **July 29, 2024**, to respond to the pending Motion to Dismiss (Doc. 51).

Dated this 14th day of June, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge