**BEUS O'CONNOR McGRODER PLLC**
ATTORNEYS AT LAW
701 North 44th Street
Phoenix, Arizona 85008-6504
Telephone (480) 429-3000

Patrick J. McGroder III | 002598 | p3@bomlawgroup.com
Caroline McGroder | 030418 | cmcgroder@bomlawgroup.com
Alex Morris | 035239 | amorris@bomlawgroup.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bunch, an individual, | Case No.: 2:23-cv-02365-ROS |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| National Association of Preferred Providers, a Texas not-for-profit organization; et al., | (Assigned to the Hon. Roslyn O. Silver) |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Defendants, by and through their respective counsel, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 31st day of July 2024.

              **BEUS O'CONNOR McGRODER PLLC**

              By */s/ Alex Morris*
                Patrick J. McGroder III
                Caroline McGroder
                Alex Morris
                *Attorneys for Plaintiff*

1428931

|   |   |
|---|---|
| 1 | **SPENCER FANE LLP** |
| 2 | By */s/ Brian Zimmerman with permission* |
| 3 | David E. Funkhouser III |
|   | Jessica A. Gale |
| 4 | Brian Zimmerman (admitted pro hac vice) |
| 5 | *Attorneys for Attorneys for Defendants National Association of Preferred Providers, Blackhawk Claims Service GA, Inc., National Individual Insurance Agency, LLC, Association Health Care Management, Harold L Brock, Jr., Landon Jordan, and Rami Hassan* |

**ORANGEWOOD LAW GROUP, PLC**

By */s/ Tony Caliendo with permission*
   Tony Caliendo
   *Attorney for Defendants Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, Salvasen United Association, Inc., and Barry Jay Glenn*

2

1428931

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of notice of Electronic Filing to the following ECF registrants:

>The Honorable Roslyn O. Silver
>Senior United States District Judge
>
>David E. Funkhouser III, Esq.
>Jessica A. Gale, Esq.
>Spencer Fane LLP
>2415 East Camelback Road, Suite 600
>Phoenix, Arizona 85016-4251
>dfunkhouser@spencerfane.com
>jgale@spencerfane.com
>
>Brian Zimmerman (admitted pro hac vice)
>Spencer Fane LLP
>3040 Post Oak Boulevard, Suite 1400
>Houston, Texas 77056
>bzimmerman@spencerfane.com
>*Attorneys for Attorneys for Defendants National Association of Preferred Providers, Blackhawk Claims Service GA, Inc., National Individual Insurance Agency, LLC, Association Health Care Management, Harold L Brock, Jr., Landon Jordan, and Rami Hassan*
>
>Tony Caliendo
>Orangewood Law Group, PLC
>1930 E. Brown Road, Suite 103
>Mesa, AZ 85203
>tony@orangewoodlaw.com
>*Attorney for Defendants Triada Assurance Holdings, LLC, Salvasen Health Holdings, LLC, Salvasen United Association, Inc. and Barry Jay Glenn*

            */s/ Wendy Peterson*

1428931