1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bunch, an individual,<br><br>Plaintiff,<br><br>v.<br><br>National Association of Preferred Providers, a Texas not-for-profit organization; et al.,<br><br>Defendants. | Case No.: 2:23-cv-02365-ROS<br><br>**ORDER OF DISMISSAL**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

The Court having reviewed and considered the parties Stipulation to Dismiss with Prejudice, and good cause appearing,

**IT IS ORDERED** approving the Stipulation to Dismiss with Prejudice.

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees. Any pending motions are denied as moot.

1428938