# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M Bunch,<br><br>    Plaintiff,<br><br>v.<br><br>National Association of Preferred Providers, et al.,<br><br>    Defendants. | No. CV-23-02365-PHX-ROS<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 57),

**IT IS ORDERED** the Stipulation to Dismiss (Doc. 57) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** all pending motions are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 1st day of August, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge